Robert W. Norman, Jr. (SBN 232470)
Alexandra Coronado King (SBN 346621)
HOUSER LLP
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: bnorman@houser-law.com
E-Mail: acoronadoking@houser-law.com

Attorneys for Defendant,
Flagstar Bank, N.A., *erroneously sued as Flagstar Bancorp, Incorporated*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Holly Arlena Vaughan, | **Case No.:** 2:23-cv-07951-CBM-MAR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |
| v. | |
| Flagstar Bancorp, Incorporated, and Does 1 through and 10, Inclusive. | Hearing –<br>Date: November 14, 2023<br>Time: 10:00 a.m.<br>Judge: Honorable Consuelo B. Marshall<br>Place: 350 W. 1st Street,<br>    Los Angeles, Ca 90012<br>    Courtroom 8D, 8th Floor |
| Defendant(s). | |
| | Case Filed: September 22, 2023 |

The Motion to Dismiss filed by defendants Flagstar Bank, N.A., *erroneously sued as Flagstar Bancorp, Incorporated* ("Defendant"), came on for regularly noticed hearing on November 14, 2023. The Court, having reviewed the papers filed in support thereof and opposition thereto, and the arguments of counsel for the parties, hereby GRANTS the Motion to Dismiss with prejudice. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint is dismissed with prejudice. Plaintiff Holly Arlena Vaughan

1  ("Plaintiff") shall take nothing by way of her Complaint, and judgment is hereby
2  entered in favor of Defendant against Plaintiff.
3
4  Dated:
5                                              _____
                                                Hon. Consuelo B. Marshall

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On October 13, 2023 I served the document(s) described as follows:

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

On the following interested parties in this action:

Holly Arlena Vaughan
2338 Kipana Avenue
Ventura, CA 93001
(805) 861-0165
PRO SE

☒ <u>FIRST CLASS MAIL</u>—By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on October 13, 2023 at Irvine, California.

_____
Sherie L. Cleere