# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ARLENA VAUGHAN<br><br>Plaintiff(s),<br><br>v.<br><br>FLAGSTAR BANCORP, INCORPORATED<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–07951–JVS–MAR<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __10/13/2023__

Document No.:   __9__

Title of Document:   __NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Flagstar Bancorp, Incorpor__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __October 13, 2023__     By: __/s/ *Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*__
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS