# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Holly Arlena Vaughan | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cv-07951-JVS-MARx |
| v. | |
| Flagstar Bancorp, Incorporated | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 10/13/2023 | 9 | Notice of Motion to Dismiss Case |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☑ The hearing date has been rescheduled to   Monday, November 13, 2023   at   1:30 p.m.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

   **Counsel is ordered to consult Local Rules AND the Court's Procedures and Schedules page prior to filing any future documents.

Dated: 10/13/2023

By: *James V. Selna*
U.S. District Judge / U.S. Magistrate Judge