UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. CV 23-07951-JVS(MARx)          Date: November 20, 2023

Title    Holly Arlena Vaughan v. Flagstar Bancorp, Incorporated

Present: The Honorable:    JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Erica Bustos for Elsa Vargas | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Alexandra King |

**Proceedings:** DEFENDANT'S MOTION TO DISMISS [9]

Cause is called for hearing and counsel for defendant makes her appearance. Holly Arlena Vaughan, Pro Se did not make an appearance. The Court orders that the tentative ruling shall become the order of the Court.

**IT IS SO ORDERED.**

                                                           :2

**Initials of Preparer**    eb